UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROOFERS' PENSION FUND; ROOFERS' UNIONS WELFARE TRUST FUND; CHICAGO ROOFERS' APPRENTICESHIP AND TRAINING FUND; ROOFING INDUSTRY ADVANCEMENT AND RESEARCH FUND; ROOFERS' LOCAL 11 PROMOTIONAL AND ORGANIZATIONAL FUND; NATIONAL ROOFING INDUSTRY PENSION PLAN; and UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL NO. 11, <br><br>Plaintiffs, <br><br>vs. <br><br>J & F CHIATTELLO CONSTRUCTION, INC., an Illinois Corporation, <br><br>Defendant. | CASE NO.: 21-cv-934 <br><br>JUDGE: <br>CHARLES P. KOCORAS <br><br>MAGISTRATE JUDGE: <br>YOUNG B. KIM |

## JUDGMENT ORDER

This matter coming before the Court on the Motion to Reinstate the Lawsuit and for the Immediate Entry of Judgment Against J & F CHIATTELLO CONSTRUCTION, INC., the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

A. This matter is hereby reinstated.

B. Judgment is entered in favor of Plaintiffs and against J & F CHIATTELLO CONSTRUCTION, INC. in the aggregate amount of $42,843.46, itemized as follows:

1. $31,980.00 that remains due pursuant to the Settlement Agreement;

2. $3,198.00 in liquidated damages for breach of the Settlement Agreement;

3. $4,289.49 in liquidated damages for late contributions and dues;

    4.      $605.12 in interest for late contributions and dues; and

    5.      $2,770.85 in attorney's fees and costs.

C.    The Plaintiffs are entitled to any other relief that this Court deems to be just and equitable all at the cost of Defendant J & F CHIATTELLO CONSTRUCTION, INC. pursuant to 29 U.S.C. § 1132(g)(2)(E).

**ENTERED:**

*Charles P. Kocoras*
Charles P. Kocoras
United States District Judge

Date: 4/19/2023